# NO. 12-20-00046-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WILLIE MIMS,* *APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *BOBBY GARMON AND MICHAEL* *TOLBERT, CHAIR OF THE SMITH* *COUNTY DEMOCRATIC PARTY,* | | |
| *APPELLEES* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellant, Willie Mims, filed an unopposed motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Mims's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered April 22, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 22, 2020**

**NO. 12-20-00046-CV**

**WILLIE MIMS,**
Appellant
V.
**BOBBY GARMON AND MICHAEL TOLBERT,**
**CHAIR OF THE SMITH COUNTY DEMOCRATIC PARTY,**
Appellees

Appeal from the 241st District Court

of Smith County, Texas (Tr.Ct.No. 20-0071-C)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*